**Richard D. HURLES, Petitioner–Appellant,**

v.

**Dora B. SCHRIRO, Respondent–Appellee.**

**No. 08–99032.**

United States Court of Appeals, Ninth Circuit.

March 19, 2013.

Michael Aaron Harwin, Esquire, Law Offices of Michael A. Harwin, PC, Tucson,

AZ, Denise Irene Young, Denise I. Young, Tucson, AZ, for Petitioner–Appellant.

Kent Ernest Cattani, Chief Counsel, Arizona Attorney General's Office, Phoenix, AZ, for Respondent–Appellee.

Before: PREGERSON, D.W. NELSON, and IKUTA, Circuit Judges.

ORDER

The Court takes the respondent's Motion for Ruling on Respondent–Appellees' Petition for Rehearing En Banc and the petitioner's Motion to remand pursuant to *Martinez v. Ryan,* —— U.S. ——, 132 S.Ct. 1309, 182 L.Ed.2d 272 (2012), under submission. The Court defers ruling on these motions pending the resolution of *Detrich v. Ryan,* No. 08–99001.

IT IS SO ORDERED.